Colin Hunter, OSB No. 131161
chunter@bradleybernstein.com
Bradley Bernstein Sands LLP
1211 NW Glisan St., Suite 204
Portland, Oregon 97209
Telephone: 971-337-0190

Christopher Heywood, OSB No. 163984
chris@hoffmanlawpnw.com
Hoffman Law LLC
1000 S.W. Broadway, Suite 1500
Portland, Oregon 97205
Telephone: 503-222-1125

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

SEAN LUNDRY, an individual.

Plaintiff,

v.

CITY OF SANDY, a municipal corporation; STAN PULLIAM, an individual, in his personal capacity; TYLER DEEMS, an individual, in his personal capacity; and JEFF APRATI, an individual, in his personal capacity,

Defendants.

CASE NO. 3:24-cv-01433-AB

**PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES**

Pursuant to the Civil Jury Trial Management Order (ECF 41), Plaintiff submits the following itemized list of economic damages in advance of trial in this matter:

| Category of Economic Damages | Amount Claimed | Source of Proof |
|---|---|---|
| Lost earnings (wages, vacation, benefits and retirement income) | $1,532,062.81 | Expert testimony and report of R. Lee Foster, including supporting exhibits; testimony of Sean Lundry. |

DATED: October 13, 2026

*s/Colin Hunter*
Colin Hunter, OSB No. 131161
chunter@bradleybernstein.com
Bradley Bernstein Sands LLP
1211 NW Glisan St., Suite 204
Portland, OR 97209
Telephone: 971.337.0190

Christopher Heywood, OSB No. 163984
chris@hoffmanlawpnw.com
Hoffman Law LLC
1000 S.W. Broadway, Suite 1500
Portland, Oregon 97205
Telephone: 503.222.1125

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES** on the following named person(s) via CM/ECF as indicated below:

Kim E. Hoyt
khoyt@ghrlawyers.com
Travis A. Merritt
tmerritt@ghrlawyers.com
Garrett Hemann Robertson P.C.
P.O. Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891

DATED: October 13, 2026

*/s/Colin Hunter*
Colin Hunter, OSB No. 131161
chunter@bradleybernstein.com
Bradley Bernstein Sands LLP
1211 NW Glisan St., Suite 204
Portland, OR 97209
Telephone: 971.337.0190

*Attorneys for Plaintiff*