IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SEAN LUNDRY,

Plaintiff,

v.

CITY OF SANDY, STAN PULLIAM, TYLER DEEMS, and JEFF APRATI,

Defendants.

Case No. 3:24-cv-01433-AB

VERDICT FORM

We, the jury being duly empaneled and sworn in the above-entitled case, do unanimously find as follows:

**I. Section 1983 Claims**

QUESTION 1: Has the plaintiff proved by a preponderance of the evidence that any of the defendants violated his Fourteenth Amendment right to a name-clearing hearing?

| | | |
|---|---|---|
| Tyler Deems: | ____ Yes | X No |
| Jeff Aprati: | ____ Yes | X No |
| Stan Pulliam: | ____ Yes | X No |
| City of Sandy: | ____ Yes | X No |

*Proceed to Question 2.*

QUESTION 2: Has the plaintiff proved by a preponderance of the evidence that any of the defendants violated his Fourteenth Amendment right to procedural due process in his employment?

Tyler Deems: ____ Yes __X__ No

Jeff Aprati: ____ Yes __X__ No

Stan Pulliam: ____ Yes __X__ No

City of Sandy: ____ Yes __X__ No

*Proceed to Question 3.*

QUESTION 3: Has the plaintiff proved by a preponderance of the evidence that any of the defendants retaliated against the plaintiff in violation of his First Amendment rights?

Tyler Deems: __X__ Yes ____ No

Jeff Aprati: __X__ Yes ____ No

Stan Pulliam: __X__ Yes ____ No

City of Sandy: __X__ Yes ____ No

*If you answered "Yes" to any part of Questions 1, 2, or 3, proceed to Question 4. Otherwise, skip to Question 6.*

///

///

///

///

## II. Section 1983 Damages

QUESTION 4: What are the plaintiff's damages arising out of his Section 1983 claims?

Economic: $ 850,000.00

Noneconomic: $ 0.00

*If you answered "Yes" to any of the individual defendants—Tyler Deems, Jeff Aprati, and Stan Pulliam—on Questions 1, 2, or 3, proceed to Question 5.*

*Otherwise, proceed to Question 6.*

QUESTION 5: What amount of punitive damages, if any, should the plaintiff be awarded for the individual defendants' violation(s) of Section 1983?

Tyler Deems: $ 25,000.00

Jeff Aprati: $ 10,000.00

Stan Pulliam: $ 50,000.00

*Proceed to Question 6.*

///

///

///

///

## III. State Law Claims

QUESTION 6: Has the plaintiff proved by a preponderance of the evidence that defendant City of Sandy, through its employee Tyler Deems, retaliated against the plaintiff for whistleblowing?

City of Sandy: ______ Yes __X__ No

*If you answered "No" to all of Question 3 regarding the plaintiff's claim for First Amendment retaliation, proceed to Question 7.*

*If you answered "Yes" to any part of Question 3 regarding the plaintiff's claim for First Amendment retaliation and "Yes" to Question 6, skip Question 7 and proceed to Question 8.*

*Otherwise, proceed to the end and sign and date the verdict form.*

QUESTION 7: Has the plaintiff proved by a preponderance of the evidence that the plaintiff was wrongfully discharged by defendant City of Sandy through its employee Tyler Deems?

City of Sandy: ______ Yes ______ No

*If you answered "Yes" to either Question 6 or Question 7, proceed to Question 8.*

*Otherwise, proceed to the end and sign and date this verdict form.*

///

///

**IV. State Law Claims – Damages**

QUESTION 8: What are the plaintiff's damages arising out of his state law claims?

Economic: $________________________

Noneconomic: $________________________

*The presiding juror should sign and date this Verdict Form.*

DATED this 20 day of November, 2026.

[redacted]
Presiding Juror
[redacted]